# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE LEIBOWITZ,

               Appellant,

        vs.

TONI LEE BENSON,

               Respondent.

No. 70703

**FILED**

MAR 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Bill Henderson, District Judge, Family Court Division
      Robert Gaston, Settlement Judge
      Law Office of S. Don Bennion
      Hofland & Tomsheck
      Eighth District Court Clerk

17-09707